**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHERYL C. FILLMORE,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 4:25-CV-02229

(Chief Judge Brann)

**ORDER**

**SEPTEMBER 30, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 11) is **DENIED**.
2. Defendant shall answer the complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge